IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES IVY DAVIS,

                  Petitioner,                      No. 02:12-cv-01743-ST

           v.

MR. NOOTH, MARCK,                ORDER
Mr. Superintendent Nooth,

                Respondent.

HERNANDEZ, District Judge:

      Magistrate Judge Stewart issued a Findings & Recommendation (#75) on February 17, 2015, in which she recommends the Court deny Petitioner's Petition for Writ of Habeas Corpus and decline to issue a Certificate of Appealability.

      Petitioner has timely filed objections to the Findings & Recommendation.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

      When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the

1 - ORDER

Magistrate Judge's report.  28 U.S.C. § 636(b)(1); <u>Dawson v. Marshall</u>, 561 F.3d 930, 932 (9th Cir. 2009); <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Petitioner's objections and conclude there is no basis to modify the Findings & Recommendation.  I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Stewart's Findings & Recommendation [75], and therefore, Petitioner's Petition for Habeas Corpus [1] is denied and no Certificate of Appealability shall issue because Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this _____5_____ day of ____April____, 2015.


_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER